STATE of Missouri, Respondent,

v.

Edward EPPS, Appellant.

No. WD 36902.

Missouri Court of Appeals, Western District.

Sept. 30, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 4, 1986.

Application to Transfer Denied Dec. 16, 1986.

Sean O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen. Kevin B. Behrndt, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from a conviction of capital murder, § 565.001, RSMo 1978, in the Circuit Court of Jackson County.

Judgment affirmed. Rule 30.25(b).